[No. 9603-6-I.  Division One.  April 21, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM M. BRATTAIN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 80-1-00203-6, Dennis J. Britt, J., entered November 13, 1980. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Williams and Callow, JJ.

[No. 8914-5-I.  Division One.  April 21, 1982.]

*In the Matter of the Marriage of* JOHN J. DANIELS, *Respondent, and* JOAN J. DANIELS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. D-120519, Eugene G. Cushing, J., entered May 7, 1980. *Affirmed* by unpublished opinion per Durham, A.C.J., concurred in by James and Callow, JJ.

[No. 8848-3-I.  Division One.  April 21, 1982.]

DAVID DELANO MILLER, *Appellant,* v. KING COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 829664, Frank J. Eberharter, J., entered May 14, 1980. *Affirmed* by unpublished opinion per Durham, A.C.J., concurred in by Williams and Corbett, JJ.